**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CRIM 582**

- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

SHAUN MAURICE WINFIELD,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

JUDGE CROTTY

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
                June 24, 2008

MICHAEL J. GARCIA
United States Attorney

By: _____
JESSICA A. MASELLA
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
JASON ERROL FOY
Attorney for SHAUN MAURICE WINFIELD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

6/25/08 WHEEL A