Case 1:08-cr-00582-PAC   Document 11   Filed 06/27/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| SHAUN MAURICE WINFIELD, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**JUDGE CROTTY**

**08 CRIM 582**

08 Cr. ___

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 922(g)(1), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Shaun Maurice Winfield

_____
Witness

_____
Counsel for Shaun Maurice Winfield

Date: New York, New York
      June 27, 2008



0202