JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

         - v. -                   :     INFORMATION

SHAUN MAURICE WINFIELD,           :     08 CRIM 582

              Defendant.          :

                                  :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 7 2008

COUNT ONE

The United States Attorney charges:

1.   From at least in or about July 2004, up to and including in or about August 2005, in the Southern District of New York and elsewhere, SHAUN MAURICE WINFIELD, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 922(a)(1)(A).

2.   It was a part and an object of the conspiracy that SHAUN MAURICE WINFIELD, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, not being licensed importers, licensed manufacturers, and licensed dealers, would and did engage in the business of dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate commerce in violation of Title 18,

United States Code, Section 922(a)(1)(A).

OVERT ACTS

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about July 7, 2004, WINFIELD had a telephone conversation in which he discussed selling firearms.

b.   On or about August 24, 2005, in New York, New York, WINFIELD possessed a 9mm Glock semi-automatic pistol, which he gave to a co-conspirator not named as a defendant herein ("CC-1"), who then sold the firearm to another individual.

(Title 18, United States Code, Section 371.)

COUNT TWO

The United States Attorney further charges:

4.   On or about August 24, 2005, in the Southern District of New York, SHAUN MAURICE WINFIELD, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 4, 2001, in New York County Supreme Court, for attempted criminal possession of a weapon in the third degree, a Class E felony, unlawfully, willfully, and knowingly

did possess in and affecting commerce, a firearm, to wit, a 9mm Glock semi-automatic pistol, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____
MICHAEL J. GARCIA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**SHAUN MAURICE WINFIELD,**

Defendant.

**INFORMATION**

08 Cr. ___

(18 U.S.C. §§ 371, 922(g)(1).)

                                          **MICHAEL J. GARCIA**
                                       United States Attorney.