

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2008

By Facsimile
Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Shaun Maurice Winfield
08 Cr. 582 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter to request a short adjournment of the next pretrial conference in this case, which is scheduled for July 30 at 4:30 p.m. The reasons for the adjournment are that I am currently on trial and the parties need additional time to discuss a disposition of this matter. Both parties are available on August 7, at 2:30 p.m., which time I understand is also convenient for the Court. In addition, the Government requests, and the defense consents to, an adjournment of time under the Speedy Trial Act from July 30 until August 7, so that the parties can continue discussions about a disposition. Thank you for your attention to these matters.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Jessica A. Masella
Assistant United States Attorney
(212) 637-2288

cc: Jason E. Foy
(By electronic mail)

---

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: JUL 3 0 2008

SO ORDERED: JUL 3 0 2008
*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Application GRANTED. The conference is adjourned to 8/7/08 at 2:30 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 7/30/08 until 8/7/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.